No. 93–6306. PYLES *v.* RUNYON, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied.

No. 93–6325. GUTIERREZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–6337. STEWART *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 93–6345. ARCENEAUX *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6354. WILLIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6360. FORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6371. CLEMONS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6374. MIMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6391. SPENCER *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–6421. OROPALLO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6423. MILLER *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–6476. TILLMAN *v.* COOK, WARDEN. Sup. Ct. Utah. Certiorari denied.

No. 93–6479. WINSTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6481. WHITAKER *v.* SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.